NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAUNYA JEFFERSON,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2015-3190

---

Petition for review of the Merit Systems Protection Board in No. CB-7121-15-0010-V-1.

---

**JUDGMENT**

---

ELEANOR JENKINS, American Federation of Government Employees, Washington, DC, argued for petitioner.

KATRINA LEDERER, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by BRYAN G. POLISUK.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, LINN, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| November 8, 2016 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |